AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/29/2008 |
| NAME OF SERVER (PRINT) BLAIR POOLE | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   Vijay Bondada, Sr. Corp. Counsel, Pfizer Inc., 150 East 42nd Street, New York, NY 10017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/1/08__
          Date

Signature of Server

MERCER COUNTY NEW JERSEY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

JUDGE BATTS

| Southern | District of | New York |

CHARLES BUIE, et al.

V.

PFIZER INC.

08 CIV 3833

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

PFIZER INC., 235 East 42nd Street, New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD D. MEADOW, ESQ.
THE LANIER LAW FIRM, PLLC
Tower 56, 126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 2 3 2008

CLERK

DATE

(By) DEPUTY CLERK