UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHARLES A. BUIE and MARY C. HALFACRE-BUIE h/w; DAVID J. IRVINE amd BARBARA IRVINE, hw; DONALD A. KELLER and GAIL S. KELLER, h/w; RALPH L. KOHR, III and ARLENE S. KOHR, h/w; and GARY P. SCHNEIDER and PATTI SCHNEIDER, h/w,**<br><br>          **Plaintiffs,**<br><br>          v.<br><br>**PFIZER INC.,**<br><br>          **Defendant.** | **Case No. 08-cv-3833 (DAB)**<br><br>**(ECF)** |

## NOTICE OF APPEARANCE

COMES NOW, Lori B. Leskin, of the law firm of Kaye Scholer LLP, and respectfully gives notice of appearance for Defendant Pfizer Inc. in the above styled case.

                                                  Respectfully submitted,

Dated: May 16, 2008                           s/ Lori B. Leskin
                                                  Lori B. Leskin
                                                  **KAYE SCHOLER LLP**
                                                  425 Park Avenue
                                                  New York, New York
                                                  (212) 836-8000